# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DONTEZ R. MORRIS,**

    Petitioner,

-vs-                        Case No. 15-C-641

**ROBERT HUMPHREYS,**
Warden, Kettle Moraine Correctional Institution,

    Respondent.

# DECISION AND ORDER

Pro se Petitioner Dontez R. Morris ("Morris") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. Morris is in state custody following his conviction by the Kenosha County Circuit Court for possession of a firearm by a felon, two counts of reckless endangerment as domestic abuse with a dangerous weapon, disorderly conduct, and misdemeanor bail jumping based on the jury's verdict. This matter is before the Court for preliminary review pursuant to Rule 4 of the Rules Governing § 2254 Cases in the District Courts. From review of Morris's petition, it does not plainly appear that he is not entitled to relief. *See* R. 4 Governing § 2254 Cases Dist. Cts. Therefore, Respondent Robert Humphrey ("Humphrey") will be required to file an answer, motion or

other response to the instant petition, which must contain the materials required by Rule 5 of the Rules Governing § 2254 Cases in the District Courts.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

**On or before September 8, 2015,** Humphreys must file an answer, motion or other response to the instant petition.

Dated at Milwaukee, Wisconsin, this 7th day of July, 2015.

BY THE COURT:

*Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**